UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                Plaintiffs,

    v.

JB ECOM LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-06078-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, JB ECOM LLC.

Dated:  New York, New York
         September 4, 2024

**GOTTLIEB & ASSOCIATES  PLLC**

<u>s/Dana L. Gottlieb</u>
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge